```
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| **ALBERT L. GOOD,** | ) | |
| | ) | |
| Plaintiff, | ) | 1:03-cv-6390 OWW DLB |
| | ) | |
| v. | ) | |
| | ) | |
| **CALIFORNIA TABLE GRAPE COMMISSION,** | ) | ORDER TO SHOW CAUSE |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**Judgment was entered in the underlying case, 1:96-cv-6053, Delano Farms Company v. California Table Grape Commission, on April 16, 2008. The parties in this case shall show cause, if any they have, why the stay in this action should not be lifted on November 3, 2008 at 10:00 AM, in department 3 before Judge Oliver W. Wanger.** IT IS SO ORDERED.

**Dated:   September 26, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1