UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT L. GOOD, | ) | |
| | ) | 1:03-CV-06390 OWW DLB |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| THE CALIFORNIA TABLE GRAPE COMMISSION. | ) | |
| Defendant. | ) | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41 filed November 9, 2010,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.


IT IS SO ORDERED.

**Dated:    November 16, 2010**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1